THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs DAREN HEATHELRY and
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MAIL BOXES ETC.; ERIC AND LINNEA ALEXANDERSON, TRUSTEES OF THE ALEXANDERSON FAMILY 2001 TRUST; JON W. LEE, an individual dba MAIL BOXES ETC.; and KENNETH TOM, an individual dba MAIL BOXES ETC.,<br><br>    Defendants. | CASE NO. CV-11-0644-CW<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT** |

**TO: DEFENDANTS - JON W. LEE, an individual dba MAIL BOXES ETC.; and KENNETH TOM, an individual dba MAIL BOXES ETC.**

This summons and complaint are being served pursuant to Section 415.30 of the California Code of Civil Procedure and Section 4(e)(1) of the Federal Rules of Civil Procedure. Your failure to complete this form and return it to my office within (20) days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

///

NOTICE AND ACKNOWLEDGMENT OF RECEIPT                                                         1

If you are being served on behalf a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. On all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other documents are deemed served on the date you sign the Acknowledgment of Receipt below, and you return this form to my office.

Dated: April 13, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____

THOMAS E. FRANKOVICH

Attorneys for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of:

1. ☒ A copy of the summons and of the complaint.

Date of receipt: __4/20__, 2011

_____ Attorney
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: __4/20__, 2011

G. Dian Gvyrry w
(Type or print your name and the name of entity, if any, on whose behalf this form is signed)
Attorney for Don W. Lee dba Mail Boxes Etc.

NOTICE AND ACKNOWLEDGMENT OF RECEIPT

2