**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAIL BOXES ETC; ERIC ALEXANDERSON, Trustee of the Alexanderson Family 2001 Trust; Linnea ALEXANDERSON, Trustee of the Alexanderson Family 2001 Trust; JON W. LEE, an individual doing business as Mail Box Etc; and KENNETH TOM, an individual doing business as Mail Box Etc,<br><br>　　　　Defendants.<br>_____/ | No. C 11-00644 CW<br><br>CONDITIONAL ORDER OF DISMISSAL |

　　The Court having been advised that the parties have agreed to a settlement of this cause,

　　IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 30 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: 8/23/2012

　　　　　　　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge